**Esty ARDUINO, Appellant,**

v.

**BOROUGH OF DUNMORE, Appellee.**

Supreme Court of Pennsylvania.

Argued Nov. 16, 1999.

Decided Dec. 10, 1999.

Christopher P. Cullen, Dunmore, for Esty Arduino.

Robert C. Cordaro, Terrence J. McDonald, Dunmore, for Borough of Dunmore.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

Justices CAPPY, CASTILLE and NIGRO dissent.